IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXANDER STROSS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:18-CV-124-LY |
| DOES 1 THROUGH 10 AND | § | |
| NEIGHBORHOODS.COM, LLC, | § | |
|     DEFENDANTS. | § | |

### FINAL JUDGMENT

Before the court is Plaintiff's Notice of Dismissal with Prejudice filed May 24, 2018 (Dkt. No. 11), in which the Plaintiff stipulated to dismissal of this case with prejudice. The court has reviewed and now approves of this stipulation. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 29th day of May, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE